Filing # 163226440 E-Filed 12/16/2022 03:23:20 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

Florida Bar No.: 386110

JOSE GONZALEZ, as parent of JANE DOE, a minor child, and JOSE GONZALEZ, individually,

Plaintiffs,

v.

THE SCHOOL BOARD OF COLLIER COUNTY, FL,

Defendant.
_____/

## COMPLAINT

Plaintiffs, JOSE GONZALEZ, as parent of JANE DOE, and JOSE GONZALEZ, individually, hereby sue Defendant THE SCHOOL BOARD OF COLLIER COUNTY, FL., and state the following:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of $30,000.00, exclusive of costs and interest.

2. Plaintiff, JOSE GONZALEZ, as parent of JANE DOE, a minor child, is and at all material times was a resident of Collier County, Florida and is *sui juris*.

3. JANE DOE is and at all material times was a resident of Collier County, Florida. At all material times, JANE DOE was also a minor child and a student a Parkside Elementary School.

4. This action is brought anonymously to protect the identity of JANE DOE as this matter concerns the sexual molestation of JANE DOE, who is a minor child.

5. Defendant, THE SCHOOL BOARD OF COLLIER COUNTY ("SCHOOL BOARD") is a political subdivision or agency of Collier County, Florida.

6. At material times, Defendant, SCHOOL BOARD, maintained and operated Parkside Elementary School in Collier County, Florida.

7. All conditions precedent to bringing this action have been satisfied or waived.

## FACTUAL ALLEGATIONS

8. For approximately four to five (4-5) years (2015-2019), or more, Hector Castro Manley, a teacher at Parkside Elementary School, had been accused by numerous different Parkside Elementary school students, teachers and staff of making inappropriate sexual comments, engaging in inappropriate physical contact of a sexual nature, and improperly communicating with Parkside Elementary School students via Snapchat and other social media. Hector Manley sexually molested JANE DOE on multiple occasions by touching her private parts. On November 30, 2018, a Creole tutor and recess supervisor named Stephanie Lahens went to Assistant Principals Holley Holland and Barbara Fields on "Food Truck Day" and told them that at least one female student had just related to her that a female minor student at Parkside Elementary School was inappropriately touched on her private parts by teacher Hector Manley. "Food Truck Day" was on November 30, 2018. Stephanie Lahens provided two (2) Sworn Affidavits to the Collier County Sheriff's Office confirming her relating the alleged sexual molestation to both Assistant Principals on November 30, 2018. The Assistant Principals were provided at least first names of the reporter and the victim. On that day, Principal Tamie Stewart was off property and the highest ranking administrators at Parkside Elementary School that day were the Assistant Principals. One or both of those Assistant Principals at Parkside

Elementary School related to Principal Tammie Stewart the fact that at least one (1) female student had just related to her that a female minor student at Parkside Elementary School at Parkside Elementary school was sexually touched and/or molested on their private parts by Hector Manley. Hector Manley also asked minor females at the school to send him photos via Snapchat in exchange for getting large or too many prizes from his treasure box, against school rules. Hector Manley also requested a Parkside Elementary School female student, not in his class to be his friend on the App Musical.ly. The student declined his friend request and he confronted her about why she declined. The mother of the student, Parkside Elementary School teacher Michelle Rotunna told Tamie Stewart, the Principal. Principal Stewart never told Michelle Rotunna what her investigation, if anything, revealed. Numerous of the minor female victims exchanged photos with Hector Manley. Mr. Manley inappropriately touched girls and at least one (1) boy, hugged them, and inappropriately held their hands and put his arms around them. Mr. Manley often turned the lights off in his class. Teachers complained to the Administration about this habit. On one occasion, Manley wore a white painter's suit to school and allowed the minor female students to sign their names on his white clothing while he was wearing the suit. In the 2017-2018 school year, a Collier County Sheriff Youth Resource Deputy, Corporal Schloendorn reported to the school administration that Manley was communicating with female students at Parkside Elementary School on Snapchat. Mr. Manley would often have slime parties and pizza parties and take minor girls out of their classes to go to his class. He did this way more often than other teachers. This was not permitted. Hector Manley also communicated with female students and the students sent photos to Manley on Musical.ly and the Principal was advised and did not investigate. All of this inappropriate conduct was reported to the Assistant Principals and the Principal.

9. Hector Manley sexually molested at and assaulted at least twenty (20) minor females and one (1) male who attended Parkside Elementary School.

10. Manley often placed these minor female victims on his lap in the classroom, before he sexually assaulted and/or molested them. The administration knew he allowed minor girls to sit on his lap.

11. The above-referenced "Food Truck" incident was reported to both Assistant Principals by the victims via Stephanie Lahens, a Creole tutor and recess supervisor at Parkside Elementary School.

12. The Principal was not on school grounds at the time Stephanie Lahens reported the sexual molestation to both Assistant Principals. These Assistant Principals likely reported the sexual allegations to the Principal, Tammie Stewart. When the accusations were made, Tammie Stewart, then Principal of Parkside Elementary School, was provided notice of the improper sexual molestation/assault allegations. Tammie Stewart, Holly Holland and Barbara Fields failed to interview the child making the sexual molestation/assault allegations. None of the administrators called the Department of Children and Families "DCF", as required by Florida Statute. Stephanie Lahens also failed to call DCF, as required by Sec. 39.201, Fla. Stat. Nevertheless, Mr. Manley was permitted to remain on staff as a teacher and was simply moved from position to position, still in close contact with minor females and minor males at Parkside Elementary School. This allowed Manley to continue his sexual molestations/assaults, which began in approximately 2015, when he first began working at Parkside Elementary School.

13. Despite notice and knowledge of the repeated accusations against Manley, Defendant, SCHOOL BOARD, failed to appropriately discipline Manley, allowed Manley to maintain his position as a teacher at Parkside Elementary School, and allowed him to maintain unfettered access to minor female and male students at the school. Moreover, Defendant,

SCHOOL BOARD, did nothing to warn the young female or male students or their parents about Manley, the prior accusations against him, and his known dangerous, sexual predatory behavior.

14. Neither the Collier County School Board Deputy Title IX Coordinator, nor the Collier County School Board Title IX Coordinator were notified in their roles as Title IX Coordinators, at any time. To date, even after the criminal investigation of Hector Manley was completed (in late February of 2022), no Title IX investigation has been performed.

15. While a teacher at Parkside Elementary School (at some time), Manley sexually molested JANE DOE. The sexual molestation occurred when JANE DOE was a minor child and under the age of 16. At least one act of sexual molestation by Hector Manley on JANE DOE occurred just after Christmas break in December of the 2018-2019 school year and in a Parkside Elementary School classroom. At the time, Manley was in his late twenties and/or early thirties. The physical sexual molestation occurred on school premises. Finally, the incidents of sexual molestation of JANE DOE described herein occurred after the prior allegations of sexual molestation against Manley by another student in November of 2018, as set forth above.

16. As a result of these actions, JANE DOE has suffered and will continue to suffer severe psychological and emotional injuries and incur mental health and other related medical expenses.

## COUNT I

**Violation of Title IX, Education Amendments of 1972-20 U.S.C. § 1681,** *et seq.*

17. Plaintiff, Jose Gonzalez, as parent of JANE DOE, a minor child, readopts and re-alleges the allegations set forth in Paragraphs 1-16.

18. At all material times, Defendant, SCHOOL BOARD, and the educational program or activity at Parkside Elementary School received federal financial assistance.

19. At all material times, JANE DOE had a right not to be the subject of sexual discrimination, harassment, abuse, and assault while she was a student at Parkside Elementary School and while she participated in the education program or activity at the school.

20. Upon information and belief, Defendant, SCHOOL BOARD, including, but not limited to, the Assistant Principals and Principal of Parkside Elementary School during the above-referenced time period, had notice of Manley's violation of rights and accusations of his sexual harassment and sexual molestation of female students of Parkside Elementary School.

21. Defendant, SCHOOL BOARD, two Assistant Principals and likely the Principal of Parkside Elementary School during the above-referenced time period, and others had notice of the allegations against Manley and had the authority to address the acts of abuse by Manley and institute corrective measures. They did not.

22. However, Defendant, SCHOOL BOARD, two (2) Assistant Principals, and the Principal of Parkside Elementary School during the above-referenced time period, on notice of Manley's behavior, decided to allow Manley to continue to teach at the school, decided not to discipline Manley, decided not to institute any corrective measures, decided not to warn students or parents of the allegations that had been made against him, and decided to ignore the multiple allegations of sexual misconduct against him. These decisions were official decisions, ignoring the danger, risk and potential of sexual harassment and molestation of female students by Manley.

23. Defendant, SCHOOL BOARD, and its employees and agents, acted with deliberate indifference in failing to take any action to terminate Manley's employment or otherwise restrict his access to female and male elementary school students.

24. As a direct and proximate result of Defendant, SCHOOL BOARD's, actions and omissions, JANE DOE, a minor child, was sexually harassed, molested and exploited while a

minor child at Parkside Elementary School and has suffered damages as a result. These damages include, but are not limited to, past and future pain and suffering, mental anguish, and past and future medical and therapeutic care.

25. JOSE GONZALEZ seeks repayment of any past and future out-of-pocket expenses associated with the care of JANE DOE.

26. Plaintiffs seek attorneys' fees as the prevailing party under 42 U.S.C. §1988.

Wherefore, Plaintiff, JOSE GONZALEZ as parent of JANE DOE, a minor child, and JOSE GONZALEZ, individually, sue Defendant, The School Board of Collier County, and demands trial by jury and judgment against it for compensatory damages, attorneys' fees, and costs, under 42 U.S.C. §1988, and other relief allowed under the law or that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable as a matter of right.

DATED: December 16, 2022.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
P.O. Box 562200
Miami, FL 33256
Tel: (305) 595-4744 / Fax: (786)242-3900
Primary email: gschwartz@aol.com


BY: */s/ Gregg R. Schwartz*
GREGG R. SCHWARTZ